## Lee *v.* Williams, Appellant (No. 2).

Argued Jan. 9, 1906.   Appeal, No. 34, Jan. T., 1906, by defendant, from judgment of C. P. Luzerne Co., March T., 1898, No. 231 1/2, on verdict for plaintiff in case of George F. Lee and Frank J. Scouton, copartners, trading as Lee & Scouton, v. David Williams and Johanna Owens or Susan Owens, owners or reputed owners, and J. W. Zimmerman and J. E. Zimmerman,

contractors or builders. Before RICE, P. J., PORTER, MORRISON, HENDERSON, ORLADY, BEAVER and HEAD, JJ. Affirmed.

OPINION BY BEAVER, J., March 12, 1906 :

This case was tried in the court below and argued here with Lee v. Williams, ante, p. 349.

The assignments of error are in all respects similar to those in the case above referred to, which have been fully considered therein and in which we have this day filed an opinion. What is there said applies equally to this case.

Judgment affirmed.